## J. A. BOYD *v.* J. D. STION ET AL.

Executions—Excuse for Failure to Return.
    Where the plaintiff takes an execution out of the hands of the sheriff he cannot complain on account of its not being returned.

APPEAL FROM CHRISTIAN CIRCUIT COURT.

March 2, 1870.

OPINION OF THE COURT BY JUDGE HARDIN:

The evidence authorizes the conclusion that the sheriff's failure to return the execution was caused by their being taken out of his hands by the plaintiff for the purpose of settling the accounts of Wooldridge and giving him credit therefor. This was a reason-

able ground for excuse for the failure to return the executions. Wherefore, the judgment is affirmed.

*Feland & Evans, for appellant.*
*Ritter, for appellees.*